# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

---

### No. ACM S32721

---

### UNITED STATES
*Appellee*

**v.**

### David L. EBBING
Airman Basic (E-1), U.S. Air Force, *Appellant*

---

Appeal from the United States Air Force Trial Judiciary

Decided 13 May 2022

---

*Military Judge:* Pilar G. Wennrich.

*Sentence:* Sentence adjudged on 9 December 2021 by SpCM convened at Eglin Air Force Base, Florida. Sentence entered by military judge on 13 January 2022: Bad-conduct discharge and confinement for 60 days.

*For Appellant:* None.[*]

*For Appellee:* None.

Before KEY, ANNEXSTAD, and MEGINLEY, *Appellate Military Judges*.

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

---

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

---

[*] On 9 December 2021, and again on 19 January 2022, Appellant declined, in writing, appellate defense counsel representation. *See United States v. Xu*, 70 M.J. 140 (C.A.A.F. 2011) (mem.); *see also* Air Force Instruction 51-201, *Administration of Military Justice*, ¶ 14.5.2 (18 Jan. 2019).

59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d), *Manual for Courts-Martial, United States* (2019 ed.). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court